FORM C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

JUSTO L. VEGA )
) Chapter: 13
)
) Case Number: 1:14-bk-03923 HWV
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 5, 2017, I served a copy of MOTION FOR ORDER TO TERMINATE WAGE ATTACHMENT on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Bureau of Commonwealth Payroll Operations<br>Attn: Garnishments<br>P.O. Box 8006<br>Harrisburg, PA 17105 | First Class Mail, postage prepaid, from Camp Hill, PA |
| | |
| | |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 5, 2017

Name: s/ G. Patrick O'Connor
*Printed Name of Attorney*
Address: 503 Penn Ayr Rd.

Camp Hill, PA 17011

Revised: 03/22/05