```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 14-03923-HWV
Justo L. Vega                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr           Page 1 of 1              Date Rcvd: Dec 05, 2017
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
          +Bureau of Commonwealth Payroll Operations,    Attn: Garnishments,    P.O. Box 8006,
            Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          G. Patrick O'Connor    on behalf of Debtor 1 Justo L. Vega patoconnor1000@gmail.com
          Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
          Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A. nlabletta@udren.com,
           vbarber@udren.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Sherri Braunstein    on behalf of Creditor   Bank of America, N.A.
           sherri.braunstein@phelanhallinan.com
          Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUSTO L. VEGA | : | |
| Debtor | : | CASE NO. 1:14-bk-03923 |

ORDER TO
TERMINATE WAGE ATTACHMENT

Upon consideration of the above-named Debtor's Motion for Termination of Wage Attachment, it is hereby

ORDERED that any and all previous Orders of this Court providing for attachment of the Debtor's wages are hereby terminated.

Dated: December 5, 2017

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)