Certificate Number: 15317-PAM-DE-030343888

Bankruptcy Case Number: 14-03923



15317-PAM-DE-030343888

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 24, 2017</u>, at <u>2:21</u> o'clock <u>PM PST</u>, <u>Justo L Vega</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 24, 2017</u>

By: <u>/s/Janice Morla</u>

Name: <u>Janice Morla</u>

Title: <u>Counselor</u>